Petition for Writ of Mandamus
Denied and Memorandum Opinion filed October 22, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00776-CV

____________

 

IN RE KATHLEEN PENROD, Relator

 

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 

 

 



M E M O R
A N D U M   O P I N I O N

            On September 10, 2009, relator, Kathleen Penrod, filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code Ann. §
22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asks this court to compel the Honorable Tony Lindsay, presiding judge
of the 280th District Court of Harris County, to vacate her September 2, 2009
orders striking Shelly Penrod’s petition in intervention, and excluding the
testimony of relator’s expert witnesses, David S. Komm, Richard N. Hinrichs,
and Richard C. Vanglish.

            Relator has not established her entitlement to the
extraordinary relief of a writ of mandamus.  Accordingly, we deny relator’s
petition for writ of mandamus.  We further lift the stay issued on September
11, 2009.

 

                                                                        PER
CURIAM

 

 

Panel
consists of Chief Justice Hedges and Justices Anderson and Brown.